LOIS VERTUCCI ET AL. *v.* DAVID LINDSAY ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 41 Conn. App. 902 (AC 14630), is denied.

*Joshua D. Koskoff*, in support of the petition.

*John H. Barton*, associate city attorney, in opposition.

Decided June 17, 1996

STATE OF CONNECTICUT *v.* JACOB CARATTINI

The defendant's petition for certification for appeal from the Appellate Court, 41 Conn. App. 903 (AC 14117), is denied.

*Christine Perra Rapillo*, supervisory assistant public defender, in support of the petition.

*Ronald G. Weller*, deputy assistant state's attorney, in opposition.

Decided June 17, 1996

STATE OF CONNECTICUT *v.* ALEJANDRO ORTIZ

The defendant's petition for certification for appeal from the Appellate Court, 41 Conn. App. 904 (AC 13608), is denied.

*Donald Dakers*, special public defender, in support of the petition.

*Margaret Gaffney Radionovas*, assistant state's attorney, in opposition.

Decided June 17, 1996